## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

| | |
|---|---|
| ALBRIGHT CARE SERVICES, FORMERLY UNITED METHODIST HOMES OF LEWISBURG CORPORATION AND UNITED METHODIST CONTINUING CARE SERVICES | : No. 133 MAL 2014<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Commonwealth Court<br>: |
| v. | : |
| UNION COUNTY BOARD OF ASSESSMENT | : |
| UNION COUNTY AND LEWISBURG AREA SCHOOL DISTRICT AND KELLY TOWNSHIP, <br> Intervenors | : |
| PETITION OF: UNION COUNTY BOARD OF ASSESSMENT AND UNION COUNTY | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 29th day of August, 2014, the Petition for Allowance of Appeal is

**DENIED**.